08CR 420   RAPIDS

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE COX

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 94-2013-1 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Iowa | Eastern |
| Shaun Rinaldo Thomas | NAME OF SENTENCING JUDGE | |
| | The Honorable Michael J. Melloy, U.S. Circuit Ju |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/03/2008 | TO 03/02/2013 |

**OFFENSE** 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) - Possession With Intent to Distribute More Than 5 Grams of Crack Cocaine and 18 U.S.C. §§ 924(c) & 2 - Using or Carrying a Firearm in Connection with a Felony Drug Trafficking Offense

**FILED**

### PART 1 - ORDER TRANSFERRING JURISDICTION

J.N  MAY 27 2008
5-27-08

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA    MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

5/6/08
*Date*

*United States District Judge*

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 2 2008

*Effective Date*

*United States District Judge*