*ʒ̣mᵈ*

CLOSED

# U.S. District Court
## Northern District of Iowa (Eastern Waterloo)
### CRIMINAL DOCKET FOR CASE #: 6:94-cr-02013-MJM-1
#### Internal Use Only

*08 cr 420* (handwritten)

Case title: USA v. Thomas
Magistrate judge case number: 1:94-mj-00054

Date Filed: 06/24/1994
Date Terminated: 07/07/1997

Assigned to: Judge Michael J Melloy
Referred to: Chief Magistrate John A Jarvey

**Defendant (1)**

**Shaun Thomas**                     represented by   **Shaun Thomas**
07167029
CCM Chicago
Community Corrections Office
200 W. Adams Street
RM 2915
Chicago, IL 60606
PRO SE

**F I L E D**

**JUN 0 6 2008**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By: _____

**Lorraine K Ingels**
Klinger, Robinson & Ford, LLP
401 Old Marion Road NE
PO Box 10020
Cedar Rapids, IA 52410-0020
319 395 7400
Fax: 395 9041
*TERMINATED: 05/19/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841A=CD.F CONTROLLED
SUB-SELL,DISTRIBUTE,OR
DISPEN(21:841(a)(1),841(b)(1)(A)(iii)
(1s)

**Disposition**

151 mons impr for ct 1 & 60 mons impr
for ct 2, terms to run consecutively; 5
yrs supervised release for ct 1 & 3 yrs
supervised release for ct 2, terms to run
concurrently; $100 special assessment

| | |
|---|---|
| 18:924A.F FIREARMS(18:2, 924(c) Use & carry a firearm during & in relation to a felony drug trafficking crime) (2s) | 151 mons impr for ct 1 & 60 mons impr for ct 2, terms to run consecutively; 5 yrs supervised release for ct 1 & 3 yrs supervised release for ct 2, terms to run concurrently; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN(21:841(a)(1), 841(b)(1)(A)(iii), 844(a) & 18:2 Distribution of crack cocaine) (1) | Dismissed |
| 18:924A.F FIREARMS(18:2, 924(c) (2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** *TERMINATED: 05/19/1997* | represented by | **Richard L Murphy** US Attorney's Office Northern District of Iowa 401 First Street SE Hach Building, Suite 400 **ECF Cedar Rapids, IA 52401-1825 319 363 0091 Fax: 363 1990 Email: rich.murphy@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 06/07/1994 | 1 | CRIMINAL COMPLAINT against Shaun Thomas, Steven Marshall, Charmane Powells signed by Chief Mag Judge John A. Jarvey [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/07/1994 | 2 | PRAECIPE for warrant - Shaun Thomas [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/07/1994 |  | Warrant to Marshal for svc for Shaun Thomas [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/09/1994 | 5 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey initial appearance of Shaun Thomas, Steven Marshall, Charmane Powells Attorney present; , detain as to Shaun Thomas, Steven Marshall, Charmane Powells [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/09/1994 | 6 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Thomas M Gillespie for deft Marshall (mailed CJA20 w/attachment and copy of file) [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/09/1994 | 7 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Lorraine S Ingels for deft Thomas (mailed CJA20 w/attachment and copy of file) [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/09/1994 | 8 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney John Broz for deft Powells (mailed CJA20 w/attachment and copy of file) [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/09/1994 | 9 | NOTICE of hearing ; detention hearing set for 3:00 6/14/94 for Shaun Thomas, for Steven Marshall, for Charmane Powells w/Jarvey (cc: all counsel,USM,USP,C/R) [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/09/1994 | 10 | WARRANT w/Marshal's return executed as to defendant Shaun Thomas, defendant Steven Marshall, defendant Charmane Powells ; [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/14/1994 | 11 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey $10,000.00 cash or surety Bond set for Shaun Thomas , to detain as to Steven Marshall, Charmane Powells C/R Daniel Shaw [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/14/1994 | 12 | WITNESS list by defendant Shaun Thomas, defendant Steven Marshall, defendant Charmane Powells [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/15/1994 | 13 | NOTICE of hearing ;preliminary hearing set 3:00 6/17/94 for Shaun Thomas, for Steven Marshall, for Charmane Powells before Chief Mag Judge John A. Jarvey (cc: all counsel,USM,USP,C/R) [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/17/1994 | 14 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey defts will be detained until Grand Jury meets to consider Indictment as to Shaun Thomas, Steven Marshall, Charmane Powells C/R Kellee Schaben-Carroll & Assoc [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |

| 06/17/1994 | 15 | WITNESS list by defendant Shaun Thomas, defendant Steven Marshall, defendant Charmane Powells [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/20/1994 | 16 | NOTICE of hearing ; arraignment (if Indicted) set for 1:00 6/27/94 for Shaun Thomas, for Steven Marshall, for Charmane Powells (cc: all counsel,USM,USP,C/R) [ 1:94-m -54 ] frmemp (Entered: 10/17/1994) |
| 06/24/1994 | 18 | INDICTMENT by USA Counts filed against Shaun Thomas (1) count(s) 1, 2, Steven Marshall (2) count(s) 1, 2, Charmane Powells (3) count(s) 1 frmemp (Entered: 10/17/1994) |
| 06/27/1994 | 19 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey dft Shaun Thomas, Steven Marshall, Charmane Powells arraigned; NOT GUILTY plea entered; Attorneys Loraine Ingels, Thomas Gillespie, John Broz present; frmemp (Entered: 10/17/1994) |
| 06/27/1994 | 20 | CLERK'S COURT MINUTES:on detention hrg. before Chief Mag Judge John A. Jarvey as to deft. Marshall-no court reporter frmemp (Entered: 10/17/1994) |
| 06/27/1994 | 22 | ORDER by Chief Mag Judge John A. Jarvey $10,000.00 cash or surety Bond set for Shaun Thomas (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/17/1994) |
| 06/27/1994 | 23 | BOND Posted ( $10,000.00 surety-Federal Power of Atty, American Bankers Insurance Co. of Florida) by Shaun Thomas frmemp (Entered: 10/17/1994) |
| 06/27/1994 | 24 | NOTICE of hearing ; jury trial set for 9:00 8/15/94 for Shaun Thomas, for Steven Marshall, for Charmane Powells w/Melloy (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/17/1994) |
| 07/22/1994 | 26 | MOTION to suppress by Shaun Thomas assigned to Chief Judge Michael J. Melloy frmemp (Entered: 10/17/1994) |
| 07/22/1994 | 27 | BRIEF by defendant Shaun Thomas in support of Mot to Suppress [26-1] frmemp (Entered: 10/17/1994) |
| 07/26/1994 | 28 | ORDER by Chief Judge Michael J. Melloy referring to Chief Mag Judge John A. Jarvey the motion to suppress [26-1] for Report & Recommendation (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/17/1994) |
| 07/26/1994 | 29 | NOTICE of hearing ; jury trial set for 9:00 10/4/94 for Shaun Thomas, for Steven Marshall, for Charmane Powells w/Melloy (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/17/1994) |
| 07/26/1994 | 30 | RESISTANCE by plaintiff USA to motion to suppress [26-1] frmemp (Entered: 10/17/1994) |
| 08/03/1994 | 33 | ORDER by Chief Mag Judge John A. Jarvey setting on motion for reconsideration of detention order [32-1] ; motion hearing set for 1:00 8/10/94 for Charmane Powells, for USA, setting hearing on motion to suppress [26-1] ; motion hearing set for 8/10/94 for Shaun Thomas, for USA (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/17/1994) |

| 08/04/1994 | 39 | MEMORANDUM by plaintiff USA in support of resistance to mot to suppress [30-1] frmemp (Entered: 10/17/1994) |
| 08/10/1994 | 41 | CLERK'S COURT MINUTES: ruling reserved on the motion for reconsideration of detention order [32-1] C/R Kay Carr-Carroll & Assoc frmemp (Entered: 10/17/1994) |
| 08/10/1994 | 42 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey taking under advisement on the motion to suppress [26-1] frmemp (Entered: 10/17/1994) |
| 08/10/1994 | 43 | EXHIBIT/WITNESS list by defendant Shaun Thomas frmemp (Entered: 10/17/1994) |
| 08/19/1994 | 47 | SECOND BRIEF by defendant Shaun Thomas in support of mot to suppress [26-1] frmemp (Entered: 10/17/1994) |
| 08/22/1994 | 48 | SUPPLEMENTAL MEMORANDUM by plaintiff USA in support of resistance to mot to suppress [30-1] frmemp (Entered: 10/17/1994) |
| 09/02/1994 | 50 | REPORT AND RECOMMENDATION recommending mot to suppress be denied if no objection filed w/in 10 days of svc of this order by Chief Mag Judge John A. Jarvey (cc: all counsel,USM,USP) frmemp (Entered: 10/17/1994) |
| 09/12/1994 | 53 | OBJECTIONS by defendant Shaun Thomas to Report & Recommendation [50-1] frmemp (Entered: 10/17/1994) |
| 09/20/1994 | 54 | EX PARTE APPLICATION issue subpoena by Shaun Thomas assigned to Chief Mag Judge John A. Jarvey(SEALED)(IN SEPARATE FILE) frmemp (Entered: 10/17/1994) |
| 09/23/1994 | 58 | ORDER In Re; Ex Parte application filed Sep. 20, 1994(SEALED)(IN SEPARATE FILE) [54-1] (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/19/1994) |
| 09/23/1994 | 59 | MEMORANDUM by plaintiff in support of resistance to mot for disclosure of confidential information [55-1] frmemp (Entered: 10/19/1994) |
| 09/29/1994 | 60 | ORDER; Hrg. on all pending discovery motions seet for Oct. 12, 1994 at 3:30 pm w/Jarvey; Jury trial con't. until further order for all defts, USA (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/19/1994) |
| 09/29/1994 | 62 | SUPERSEDING indictment by USA; counts filed against Shaun Thomas (1) count(s) 1s, 2s, Steven Marshall (2) count(s) 1s, 2s, Charmane Powells (3) count(s) 1s frmemp (Entered: 10/19/1994) |
| 09/29/1994 | 63 | PRAECIPE for summons to Marshal for svc as to Shaun Thomas ; arraignment set for 3:30 10/12/94 w/Jarvey for Shaun Thomas(mailed copy of summons to Atty Ingels) frmemp (Entered: 10/19/1994) |
| 09/29/1994 | 65 | NOTICE of hearing ; arraignment set for 3:30 10/12/94 for Charmane Powells w/Jarvey (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/19/1994) |

| | | |
|---|---|---|
| 09/29/1994 | | (Court only) Docket Modification (Utility) finding the motion to continue [34-1] moot (as per order of 9/29/94) MJJ (Entered: 12/02/1994) |
| 10/03/1994 | 66 | ORDER by Chief Judge Michael J. Melloy; Kay Carr, CSR, shall have transcript of mot to suppress hrg on Shaun Thomas held Aug. 10, 1994 prepared & file transcript w/this court (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/19/1994) |
| 10/04/1994 | 67 | SUMMONS w/Marshal's Return as to Shaun Thomas frmemp (Entered: 10/19/1994) |
| 10/05/1994 | 69 | RULE 25 STATEMENT by pltf-defts Thomas & Marshall frmemp (Entered: 10/19/1994) |
| 10/12/1994 | 70 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey dft Shaun Thomas, Steven Marshall, Charmane Powells arraigned; NG plea entered; Attorneys present; Jury Trial to be set Patrice Murray w/Carroll Assoc frmemp (Entered: 10/27/1994) |
| 10/24/1994 | 71 | TRANSCRIPT of Suppression Hrg held 8-10-94 on deft Thomas frmemp (Entered: 10/27/1994) |
| 10/27/1994 | 72 | ORDER by Chief Mag Judge John A. Jarvey denying motion for disclosure of confidential informant-expedited relief requested [35-1], denying motion for discovery-expedited relief requested [36-1], denying motion for disclosure of confidential informant [52-1], granting motion appt. of fingerprinting examiner [57-1] to the extent that the deft may employ a fingerprint examined & expend fees & expenses not to exceed $1,000, denying transfer of evidence [57-3] (cc: all counsel) frmemp (Entered: 10/27/1994) |
| 11/01/1994 | 73 | NOTICE of hearing setting/on motion for review of detention order [44-1] ; motion hearing set for 9:00 11/18/94 for Charmane Powells, for USA, setting/ on motion for reconsideration of detention order [32-1] ; motion hearing set for 9:00 11/18/94 for Charmane Powells, for USA (cc: all counsel,USM,USP,C/R) frmemp (Entered: 11/04/1994) |
| 11/02/1994 | 75 | ORDER by Chief Judge Michael J. Melloy adopting report and recommendation motion REPORT AND RECOMMENDATION recommending mot to suppress be denied if no objection filed w/in 10 days of svc of this order [50-1], denying motion to suppress [26-1] (cc: all counsel, USM,USP,C/R) frmemp (Entered: 11/04/1994) |
| 11/02/1994 | 76 | NOTICE of hearing ; jury trial set for 9:00 12/13/94 for Shaun Thomas, for Steven Marshall, for Charmane Powells (cc: all counsel,USM,USP,C/R) frmemp (Entered: 11/04/1994) |
| 11/07/1994 | 77 | TRANSCRIPT of reconsideration of detention order held August 10, 1994 for deft Charmane Powells frmemp (Entered: 11/08/1994) |
| 11/09/1994 | 78 | RESPONSE by defendant Shaun Thomas to motion for expansion of orders filed Nov. 1, 1994 by deft Marshall [74-1] frmemp (Entered: 11/10/1994) |

| 11/18/1994 | 79 | CLERK'S COURT MINUTES: on mot. for review of detention order before Chief Judge Michael J. Melloy C/R Kay Carr, Carroll & Assoc frmemp (Entered: 11/22/1994) |
| 11/18/1994 | 80 | EXHIBIT/WITNESS list of hrg. on review of detention order frmemp Modified on 11/22/1994 (Entered: 11/22/1994) |
| 11/18/1994 | | (Court only) Docket Modification (Utility) finding the motion for reconsideration of detention order [32-1] moot, finding the motion for review of detention order [44-1] moot (Powells released P/R) MJJ (Entered: 12/07/1994) |
| 11/22/1994 | | (Court only) Docket Modification (Utility) excludable: XE stopped w/hrg on mot for review of det order frmemp (Entered: 11/22/1994) |
| 11/27/1994 | | (Court only) Docket Modification (Utility) referring to Chief Judge Michael J. Melloy the motion to continue [56-1], referring to Chief Judge Michael J. Melloy the motion for determination of pretrial motions, expedited relief requested [56-2] MJJ (Entered: 12/07/1994) |
| 11/28/1994 | 82 | EX PARTE APPLICATION for issuance of subpoenas at govt expense by Shaun Thomas assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 11/30/1994) |
| 11/30/1994 | 83 | ORDER by Chief Mag Judge John A. Jarvey granting motion for issuance of subpoenas at govt expense [82-1] (cc: counsel, USM) frmemp (Entered: 11/30/1994) |
| 12/05/1994 | 84 | ORDER by Chief Judge Michael J. Melloy granting motion for expansion of orders directing that transcripts for June 14, 1994 detention hrg & June 17, 1994 preliminary hrg be prepared & distributed to counsel & that copy of transcript filed w/court on suppression hrg held Aug. 10, 1994 shall also be provided to ea counsel; costs incurred in preparation of transcripts shall be paid in same manner in which costs & fees are paid in the case of defts who are indigent [74-1] (cc: all counsel) frmemp (Entered: 12/06/1994) |
| 12/06/1994 | 85 | TRIAL Memorandum by plaintiff USA (SEALED til after opening statements) frmemp (Entered: 12/07/1994) |
| 12/07/1994 | 86 | PROPOSED JURY Instructions by defendant Shaun Thomas frmemp (Entered: 12/08/1994) |
| 12/07/1994 | 87 | PROPOSED Voir Dire by defendant Shaun Thomas frmemp (Entered: 12/08/1994) |
| 12/07/1994 | 88 | MOTION in limine by Shaun Thomas assigned to Chief Judge Michael J. Melloy frmemp (Entered: 12/08/1994) |
| 12/07/1994 | 89 | BRIEF by defendant Shaun Thomas in support of Motion in Limine [88-1] frmemp (Entered: 12/08/1994) |
| 12/07/1994 | 90 | PROPOSED JURY Instructions by plaintiff USA frmemp (Entered: 12/08/1994) |

| | | |
|---|---|---|
| 12/09/1994 | 91 | TRANSCRIPT of detention hrg held June 14, 1994 frmemp (Entered: 12/14/1994) |
| 12/09/1994 | 92 | TRANSCRIPT of Preliminary Hrg on 6-17-94 for Thomas, Marshall, Powells frmemp (Entered: 12/16/1994) |
| 12/09/1994 | 93 | CLERK'S MINUTES on telephonic status conference for Thomas, Marshall, Powells before Chief Judge Michael J. Melloy frmemp (Entered: 12/16/1994) |
| 12/13/1994 | 94 | ORDER by Chief Judge Michael J. Melloy finding the motion in limine [88-1] denied as moot in part(see text) for Shaun Thomas (cc: all counsel, USM,USP,C/R) frmemp Modified on 12/16/1994 (Entered: 12/14/1994) |
| 12/13/1994 | 96 | EXHIBIT list by plaintiff USA for Charmane Powells frmemp (Entered: 12/16/1994) |
| 12/14/1994 | | (Court only) Docket Modification (Utility) frmemp (Entered: 12/14/1994) |
| 12/15/1994 | 97 | CHALLENGE SHEET frmemp (Entered: 12/16/1994) |
| 12/15/1994 | 98 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy jury trial held on Dec. 13-15, 1994 (3 days) , ; sentencing hearing set for 9:00 3/10/95 for Shaun Thomas, for Steven Marshall; both defts detained pending sentencing C/R Kay Carr w/Carroll Assoc. (cc: all counsel,USM,USP,CR) frmemp (Entered: 12/16/1994) |
| 12/15/1994 | 99 | EXHIBIT/WITNESS list by defendant Shaun Thomas, defendant Steven Marshall, plaintiff USA frmemp (Entered: 12/16/1994) |
| 12/15/1994 | 100 | FINAL JURY Instructions for defendants Shaun Thomas, Steven Marshall frmemp (Entered: 12/16/1994) |
| 12/15/1994 | 101 | REMARK from the Jury frmemp (Entered: 12/16/1994) |
| 12/15/1994 | 102 | VERDICT: Guilty on cts 1, 2 for Thomas; guilty on cts 1, 2 for Marshall frmemp (Entered: 12/16/1994) |
| 12/15/1994 | 103 | RECEIPT for Exhibits for defts Thomas & Marshall frmemp (Entered: 12/16/1994) |
| 12/16/1994 | 104 | ORDER by Chief Judge Michael J. Melloy: In re:court's motion to determine mental competency on Steven Marshall; deft shall undergo complete psych examination; costs of exam shall be paid by US Marshal (cc: all counsel, USM,USP) frmemp (Entered: 12/19/1994) |
| 12/19/1994 | 105 | ORDER Accepting Deft's Plea of Guilty by Chief Judge Michael J. Melloy ; sentencing hearing set for 1:00 3/6/95 for Charmane Powells; existing bail orders are cont'd in force pending sentencing (cc: all counsel, USM,USP,C/R) frmemp (Entered: 12/19/1994) |
| 12/20/1994 | 106 | ORDER by Chief Judge Michael J. Melloy finding the motion to continue [56-1] moot, finding the motion for determination of pretrial motions, expedited relief requested [56-2] moot (cc: all counsel) frmemp (Entered: |

| | | 12/21/1994) |
|---|---|---|
| 12/22/1994 | 107 | MOTION to extend time for filing mot for new trial & mot for jdmt of acquittal by Shaun Thomas assigned to Chief Judge Michael J. Melloy frmemp (Entered: 12/22/1994) |
| 12/22/1994 | 108 | ORDER by Chief Judge Michael J. Melloy granting motion to extend time for filing mot for new trial & mot for jdmt of acquittal [107-1]; post-trial motions, including motions for new trial & motions for jdmt of acquittal shall be filed by Jan. 9, 1995 (cc: all counsel, USM,USP,C/R) frmemp (Entered: 12/22/1994) |
| 12/23/1994 | 110 | ORDER by Chief Judge Michael J. Melloy granting probation office an extension of time to conduct the initial presentence interview til after deft Marshall is transported back to IA from Federal Medical Facility, Milan, Michigan (cc: all counsel) frmemp (Entered: 12/29/1994) |
| 01/09/1995 | 112 | MOTION for new trial by Shaun Thomas assigned to Chief Judge Michael J. Melloy frmemp (Entered: 01/10/1995) |
| 01/09/1995 | 113 | MEMORANDUM by defendant Shaun Thomas in support of new trial motion [112-1] frmemp (Entered: 01/10/1995) |
| 01/10/1995 | 114 | ORDER by Chief Judge Michael J. Melloy; defts Marshall & Thomas shall file their briefs & memorandum in support of any motions for new trial by no later than Jan. 20, 1995; USA will be given to & including Feb. 10, 1995 to file memorandum in support of their resistance to motion for new trial & motion for jdmt of acquittal (cc: all counsel) frmemp (Entered: 01/10/1995) |
| 01/13/1995 | 115 | RESISTANCE by plaintiff USA to motion for new trial for Shaun Thomas [112-1] frmemp (Entered: 01/19/1995) |
| 01/19/1995 | 116 | ORDER by Chief Judge Michael J. Melloy; US Bureau of Prisons has 30 days from & after Jan. 4, 1995 to conclude examination on deft Steven Marshall (cc: all counsel, USM,USP,C/R) frmemp (Entered: 01/19/1995) |
| 01/23/1995 | 118 | PARTIAL TRANSCRIPT of Jury Trial for Marshall & Thomas frmemp (Entered: 01/24/1995) |
| 02/10/1995 | 119 | PARTIAL TRANSCRIPT of trial for Marshall & Thomas frmemp (Entered: 02/10/1995) |
| 02/10/1995 | 120 | MOTION permission to file overlength brief by USA as to Shaun Thomas, Steven Marshall assigned to Chief Judge Michael J. Melloy frmemp (Entered: 02/13/1995) |
| 02/10/1995 | 121 | MEMORANDUM by plaintiff USA in support of resistance to motions for new trial for Marshall & Thomas [112-1], [109-1] frmemp (Entered: 02/13/1995) |
| 03/02/1995 | 122 | ORDER by Chief Judge Michael J. Melloy sentencing hearing scheduled for Mar. 10, 1995 continued til further order of court for Steven Marshall & Shaun Thomas (cc: all counsel, USM,USP,C/R) frmemp (Entered: |

| | | 03/02/1995) |
|---|---|---|
| 03/06/1995 | 125 | PARTIAL TRANSCRIPT of trial frmemp Modified on 03/07/1995 (Entered: 03/07/1995) |
| 04/10/1995 | 127 | OPINION & ORDER by Chief Judge Michael J. Melloy granting pltf's motion for permission to file overlength brief filed Feb. 10, 1995 for Thomas & Marshall [120-1] (cc: all counsel) frmemp Modified on 04/10/1995 (Entered: 04/10/1995) |
| 04/10/1995 | 128 | OPINION & ORDER by Chief Judge Michael J. Melloy denying motion for new trial for Thomas [112-1], denying motion for new trial for Marshall [109-1] (cc: all counsel) frmemp (Entered: 04/10/1995) |
| 04/17/1995 | 131 | NOTICE of hearing set on motion to reconsider motion for new trial [130-1] for 1:00 5/11/95 for Steven Marshall, for USA before Judge Melloy (cc: all counsel,USM,USP,C/R) frmemp (Entered: 04/18/1995) |
| 04/25/1995 | 134 | ORDER by Chief Judge Michael J. Melloy granting motion to reschedule hearing [133-1] on motion to reconsider motion for new trial [130-1] which is RESET set for 9:00 5/26/95 for Steven Marshall, for USA (cc: all counsel, USM,USP,C/R) frmemp (Entered: 04/25/1995) |
| 05/26/1995 | 135 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy taking under advisement on the motion to reconsider motion for new trial [130-1] hearing satisfied on motion to reconsider motion for new trial for Steven Marshall [130-1] C/R Kay Carr w/Carroll Assoc. frmemp (Entered: 06/08/1995) |
| 07/12/1995 | 138 | TRANSCRIPT of Jury Trial for Steven Marshall & Shaun Thomas (3 volumes) frmemp (Entered: 07/13/1995) |
| 07/12/1995 | 139 | TRANSCRIPT for Steven Marshall & Shaun Thomas (SEALED) frmemp (Entered: 07/13/1995) |
| 11/02/1995 | 143 | NOTICE of sentencing hearing set for 3:30 11/17/95 before Judge Melloy for Shaun Thomas (cc: all counsel,USM,USP,C/R) frmemp (Entered: 11/02/1995) |
| 11/16/1995 | 144 | NOTICE of sentencing hearing RESET for 2:00 11/17/95 before Judge Melloy for Shaun Thomas (cc: all counsel,USM,USP,C/R) frmemp (Entered: 11/17/1995) |
| 11/17/1995 | 145 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy sentencing hearing held on 11/17/95 , sentencing Shaun Thomas (1) count(s) 1s, 2s . 151 mons impr for ct 1 & 60 mons impr for ct 2, terms to run consecutively; 5 yrs supervised release for ct 1 & 3 yrs supervised release for ct 2, terms to run concurrently; $100 special assessment , Shaun Thomas (1) count(s) 1. Dismissed , Shaun Thomas (1) count(s) 2. Dismissed , dismissing counts as to Shaun Thomas (1) count(s) 1, 2 . Dismissed , Shaun Thomas (1) count(s) 2. Dismissed C/R Bob Carroll w/Carroll Assoc. frmemp (Entered: 11/20/1995) |

| 11/17/1995 | 146 | EXHIBIT/WITNESS list by defendant Shaun Thomas, plaintiff USA frmemp (Entered: 11/20/1995) |
| 11/17/1995 | 147 | JUDGMENT as to Shaun Thomas by Chief Judge Michael J. Melloy; 151 mons impr for ct 1 & 60 mons impr for ct 2, terms to run consecutively; 5 yrs supervised release for ct 1 & 3 yrs supervised release for ct 2, terms to run concurrently; $100 special assessment (cc: all counsel,USM,USP) frmemp (Entered: 11/20/1995) |
| 11/21/1995 | | (Court only) frmemp (Entered: 11/21/1995) |
| 11/22/1995 | 148 | APPEAL Notice to USCA by defendant Shaun Thomas regarding [147-1] fees (cc: all counsel (w/docket sheets),USM,USP,C/R) frmemp (Entered: 11/22/1995) |
| 12/13/1995 | 149 | ORDER by Chief Judge Michael J. Melloy setting on motion to reconsider motion for new trial [130-1] ; motion hearing set for 9:00 12/21/95 for Steven Marshall, for USA (cc: all counsel, USM,USP) MAP (Entered: 12/13/1995) |
| 12/19/1995 | 151 | TRANSCRIPT of sentencing held 11/17/95 for Shaun Thomas frmemp (Entered: 12/20/1995) |
| 12/21/1995 | | REMARK mailed this date to 8th Circuit: Clerk's Record; transcripts of sentencing; transcript of jury trial (3 volumes) as to Shaun Thomas MAP (Entered: 12/21/1995) |
| 12/21/1995 | 152 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy re: Defendant Steven Marshall; court grants defendant's motion for judgment of acquittal-count 2 and grants plaintiff's motion to dismiss-count 2; court grants defendant's motion for new trial; defendant motion for release pending new trial is granted pending appeal under same terms and conditions as previously imposed and under same bond as previously set and posted; C/R Bob Carroll w/Carroll & Assoc (cc: all counsel,USM,USP) MJJ (Entered: 12/21/1995) |
| 12/22/1995 | 154 | ORDER by Chief Judge Michael J. Melloy ; The motion for judgment of acquittal as to Count 2 is granted; Count 2 is dismissed on the motion of the USA; defendant's motion for new trial as to Count 1 is granted; new trial on Count 1 will be held at 9:00 a.m. on 2/26/96 for Steven Marshall w/Judge Melloy in Cedar Rapids (cc: all counsel, USM,USP) MJJ Modified on 01/17/1996 (Entered: 12/22/1995) |
| 12/22/1995 | | (Court only) Docket Modification (Utility) ; jury trial set for 9:00 2/26/96 for Steven Marshall frmemp (Entered: 01/17/1996) |
| 02/12/1996 | 156 | CJA Form 20 (Attorney Payment Voucher) as to Shaun Thomas for attorney Lorraine Ingels in the amount of $ 11,875.15 frmemp (Entered: 02/13/1996) |
| 02/13/1996 | 157 | CLERK'S TELEPHONIC MINUTES: before Chief Judge Michael J. Melloy on motion to continue trial as to deft Steven Marshall frmemp (Entered: 02/14/1996) |

https://ecf.iand.circ8.dcn/cgi-bin/DktRpt.pl?239355331032918-L_5...

| | | |
|---|---|---|
| 02/14/1996 | 158 | ORDER by Chief Judge Michael J. Melloy granting motion for continuance [155-1] ; jury trial continued for 9:00 4/15/96 for Steven Marshall; pretrial motions including any motion or application for neuropsychological evaluation at govt expense shall be filed by no later than 3/1/96 (cc: all counsel, USM,USP,C/R) frmemp (Entered: 02/14/1996) |
| 03/12/1996 | 163 | NOTICE of jury trial RESET for 9:00 4/22/96 before Judge Melloy for Steven Marshall (cc: all counsel,USM,USP,C/R) frmemp (Entered: 03/12/1996) |
| 04/25/1996 | 169 | ORDER by Chief Judge Michael J. Melloy granting motion to amend & report to the court [168-1]; Dr. Varney shall complete his examination of Steven Marshall by May 10, 1996; the report of exam is to be completed by May 20, 1996; further ordered that the balance of the order of April 16, 1996 shall remain in full force and effect (cc: all counsel, USM,USP) MJJ Modified on 04/26/1996 (Entered: 04/26/1996) |
| 05/23/1996 | 171 | NOTICE of status conference set for 9:00 5/30/96 before Judge Melloy for Steven Marshall (cc: all counsel,USM,USP,C/R) frmemp (Entered: 05/24/1996) |
| 05/30/1996 | 173 | MEMORANDUM by plaintiff USA in support of motion for psychiatric examination of defendant by government expert [172-1] MJJ (Entered: 05/31/1996) |
| 06/03/1996 | 174 | ORDER by Chief Judge Michael J. Melloy: The USA is entitled to a psychological evaluation of defendant [172-1]; however, unless the USA supplement its motion with a statement of reasons regarding why evaluation must be done at a Federal Medical Center, the evaluation must be conducted by a local psychiatrist or psychologist. (cc: all counsel,USM,USP) MJJ (Entered: 06/04/1996) |
| 06/10/1996 | 175 | SUPPLEMENT by plaintiff USA to government's motion for evaluation of defendant [172-1] MJJ (Entered: 06/11/1996) |
| 06/17/1996 | 177 | ORDER by Chief Judge Michael J. Melloy granting motion psychiatric examination of defendant Steven Marshall by government expert [172-1] and shall report at the time and place designated. (cc: all counsel, USM,USP) MJJ (Entered: 06/19/1996) |
| 07/23/1996 | 180 | OFFICIAL SHORTHAND NOTES of OCR Kay C. Carr constituting official record of Status Hearing (Steven Marshall) on May 28, 1996 DGE (Entered: 07/23/1996) |
| 07/24/1996 | 181 | ORDER by Chief Judge Michael J. Melloy granting motion to extend time [179-1], granting motion to modify prior orders [179-2]; Motions granted to the extent that the deft is ordered to self-surrender to FCI, Petersburg, Virginia by noon on August 12, 1996; To the extent that any further relief is sought in the motion, that relief is denied. (cc: all counsel, USM,USP,C/R) frmemp (Entered: 07/25/1996) |

| 09/20/1996 | 183 | ORDER by Chief Judge Michael J. Melloy - Fed'l Bureau of Prisons is authorized ext. to complete evaluation of Steven Marshall to Oct. 11, 1996. (cc: all counsel, USM,USP,C/R) DGE (Entered: 09/20/1996) |
| --- | --- | --- |
| 09/26/1996 | 184 | APPEAL OPINION remanded to district court for resentencing as to Shaun Thomas. DGE (Entered: 09/27/1996) |
| 09/26/1996 | 185 | CERTIFIED COPY OF JUDGMENT-MANDATE FROM USCA remanding the matter back to District Court as to Shaun Thomas [Appeal [148-1] (Mandate issued-9/20/96) DGE Modified on 09/27/1996 (Entered: 09/27/1996) |
| 10/03/1996 | 186 | ORDER by Chief Judge Michael J. Melloy-Steven Marshall shall be released to custody of his mother, upon completion of his medical study (cc: all counsel, USM,USP) DGE (Entered: 10/03/1996) |
| 11/07/1996 | 187 | NOTICE of ;TELEPHONIC CONFERENCE set for 10:00 11/13/96 for Steven Marshall (cc: all counsel) DGE (Entered: 11/07/1996) |
| 11/13/1996 | 188 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Judge Michael J. Melloy ; PRETRIAL CONFERENCE set for 8:00 2/11/97 for Steven Marshall ;JURY TRIAL set for 9:00 2/11/97 for Steven Marshall (cc: all counsel, USM,USP) DGE Modified on 11/14/1996 (Entered: 11/14/1996) |
| 11/13/1996 | 189 | CLERK'S COURT MINUTES:Telephonic hrg to set trial date before Chief Judge Michael J. Melloy-trial set for 2/11/97 at 9:00 (cc:all counsel) DGE (Entered: 11/14/1996) |
| 04/09/1997 | 194 | NOTICE ; PLEA TAKING SET for 3:00 5/1/97 for Steven Marshall (cc: all counsel,USM,USP) DGE (Entered: 04/09/1997) |
| 04/16/1997 | 196 | ORDER by Chief Judge Michael J. Melloy granting motion to reset sentencing [195-1] ; PLEA HEARING RESET for 1:00 5/9/97 for Steven Marshall (cc: all counsel,USM,USP) DGE (Entered: 04/16/1997) |
| 04/28/1997 | 198 | ORDER by Chief Judge Michael J. Melloy granting motion to reset [197-1] ; SENTENCING RESET for 3:00 5/15/97 for Steven Marshall (cc: all counsel,USM,USP) DGE (Entered: 04/28/1997) |
| 05/15/1997 | 200 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy sentencing hearing held on 5/15/97 on Steven Marshall. Ct grants Pltf motion to dismiss indictment vs. Marshall. C/R Kellee Cortez, Carroll Assoc. DGE (Entered: 05/16/1997) |
| 05/15/1997 | 201 | EXHIBIT list by plaintiff USA DGE (Entered: 05/16/1997) |
| 05/21/1997 | 203 | NOTICE ; RESENTENCING SET for 2:00 6/27/97 for Shaun Thomas (cc: all counsel,USM,USP) DGE (Entered: 05/21/1997) |
| 05/22/1997 | 204 | ORDER by Chief Mag Judge John A. Jarvey-Clerk shall issue Writ of Habeas Corpus Ad Prosequendum to Marshal to produce Shaun Thomas (cc: all counsel,USM w/writ) DGE (Entered: 05/22/1997) |

| 06/06/1997 | 205 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez, Carroll Assoc. constituting official record of Guilty Plea (Marshall) on May 15, 1997 DGE (Entered: 06/06/1997) |
| 06/27/1997 | 206 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy on resentencing of Shawn Thomas; Court reinstates original judgment and commitment order w/exception of Ct. 1 is now 188 mos. impr. and Ct. 2 is vacated. All other terms and conditions of supervised release remain as originally imposed. $50.00 spec. assess. previously imposed on Ct. 2 is to be also vacated; Deft given appeal rights. , C/R Kay Carr, CSR (cc: all counsel,USM,USP) frmemp (Entered: 06/30/1997) |
| 07/07/1997 | 207 | AMENDED JUDGMENT as to Shaun Thomas by Chief Judge Michael J. Melloy; 188 months imprisonment; 5 years supervised release; $50.00 special assessment (cc: all counsel,USM,USP) MAP (Entered: 07/07/1997) |
| 07/07/1997 | | (Court only) Docket Modification (Utility) sentencing Shaun Thomas (1) count(s) 1s, 2s. 151 mons impr for ct 1 & 60 mons impr for ct 2, terms to run consecutively; 5 yrs supervised release for ct 1 & 3 yrs supervised release for ct 2, terms to run concurrently; $100 special assessment MAP (Entered: 07/09/1997) |
| 07/07/1997 | 208 | APPEAL Notice to USCA by defendant Shaun Thomas regarding AMENDED JUDGMENT [207-1] (cc: all counsel (w/docket sheets),USM,USP,C/R) MAP (Entered: 07/09/1997) |
| 07/08/1997 | 209 | WRIT of ad prosequendum w/Marshal's return executed as to deft Shaun Thomas MAP (Entered: 07/09/1997) |
| 07/16/1997 | 211 | CJA Form 20 (Appointment of Counsel (for Re-Sentencing); defendant Shaun Thomas attorney Lorraine Ingels has been appointed (mail CJA20 w/attachment) DGE (Entered: 07/16/1997) |
| 07/25/1997 | 212 | TRANSCRIPT of Resentencing of Shaun Thomas held on June 27, 1997. DGE (Entered: 07/28/1997) |
| 07/29/1997 | | REMARK - Mld Clerks Record to 8th Circuit w/Resentencing Transcript. DGE (Entered: 07/29/1997) |
| 07/31/1997 | 213 | CJA Form 20 (Attorney Payment Voucher-Final) as to Shaun Thomas for attorney Lorraine Ingels in the amount of $173.50 DGE (Entered: 07/31/1997) |
| 08/04/1997 | 214 | JUDGMENT w/Marshal's Return executed on 7/30/97 as to Shaun Thomas (1) count(s) 2s, 1s, 2, 1 DGE (Entered: 08/04/1997) |
| 09/08/1997 | 215 | OFFICIAL SHORTHAND NOTES of OCR Kay Carr, Carroll Assoc. constituting official record of Re-Sentencing on June 27, 1997 DGE (Entered: 09/08/1997) |
| 12/12/1997 | | REMARK - Mld 3 volumes of trial transcripts to 8th circuit court of appeals. (transcripts are unfile-stamped copies borrowed from U.S. Attorney and should be returned to them) DGE (Entered: 12/12/1997) |

| 02/03/1998 | 216 | ORDER Transferring Jurisdiction by Chief Judge Michael J. Melloy-Jurisdiction of Charmane Powells is transferred to Northern District of Illinois (cc: all counsel,USP,Mary Lou) DGE (Entered: 02/03/1998) |
| 02/03/1998 | | REMARK - certified copies of Indictment, J&C, Transfer of Juris., and Docket Sheet Entries mld to Northern Illinois DGE (Entered: 02/03/1998) |
| 02/25/1998 | 218 | REQUEST AND ORDER Modifying Conditions of Supervision by Chief Judge Michael J. Melloy (cc: USA,USP) DGE (Entered: 02/25/1998) |
| 04/28/1998 | 219 | Pro Se MOTION to Receive Trial & Sentencing Transcripts, Lab Reports by Shaun Thomas assigned to Chief Judge Michael J. Melloy DGE (Entered: 04/28/1998) |
| 05/01/1998 | 220 | ORDER by Chief Judge Michael J. Melloy as to defendant Shaun Thomas denying motion to Receive Trial & Sentencing Transcripts, Lab Reports [219-1] (cc: all counsel) DGE (Entered: 05/01/1998) |
| 05/18/1998 | 221 | APPEAL OPINION/ORDER from 8th CIRCUIT affirming the decision of the District Court on appeal [208-1] DGE (Entered: 05/18/1998) |
| 05/18/1998 | 222 | APPEAL MANDATE from 8th Circuit - judgment of district court is affirmed. DGE (Entered: 05/18/1998) |
| 06/23/1998 | 223 | NOTICE TO DISPOSE OF EXHIBITS as to defendants Shaun Thomas, Steven Marshall, and Charmane Powells, plaintiff USA disposal date set for: July 6, 1998 (cc: counsel) DGE (Entered: 06/23/1998) |
| 06/26/1998 | 224 | RECEIPT FOR EXHIBITS to plaintiff USA DGE (Entered: 06/26/1998) |
| 07/13/1998 | 225 | NOTICE OF DESTRUCTION OF EXHIBITS as to defendant Shaun Thomas, Steven Marshall, and Charmane Powells DGE (Entered: 07/13/1998) |
| 10/29/1998 | | 1 vol Resentencing transcript returned by 8th Circuit as to defendant Shaun Thomas and 3 vol trial transcript borrowed from U.S. Atty, Rich Murphy returned by 8th Circuit as to defendant Shaun Thomas (returned 3 vol trial transcript to Rich Murphy) DGE (Entered: 10/29/1998) |
| 03/01/1999 | 227 | MOTION for order directing discharged counsel to return file and records by defendant Shaun Thomas assigned to Judge Jarvey DGE Modified on 03/01/1999 (Entered: 03/01/1999) |
| 03/01/1999 | | (Court only) Docket Modification (Utility) as to defendant Shaun Thomas, plaintiff USA referring to Chief Mag Judge John A. Jarvey the motion for order [227-1] DGE (Entered: 03/01/1999) |
| 03/26/1999 | 228 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Shaun Thomas granting motion for order [227-1]; Counsel for deft Shaun Thomas shall provide deft w/photocopy of mat'l. Clerk shall issue CJA voucher for deft . (cc: all counsel w/CJA 20) DGE (Entered: 03/26/1999) |

| 03/26/1999 | 229 | CJA Form 20 (Appointment of Counsel) for defendant Shaun Thomas attorney Lorraine K. Ingels has been appointed for purpose of complying w/order of 3/26/99; VOUCHER#: 0905542 (mail CJA20 w/attachments) DGE (Entered: 03/26/1999) |
| 04/26/1999 | 230 | PETITION Pursuant to 28:2255 USA move or plead by 7/21/00; Deft reply 8/11/00)(Mr. Thomas file traverse 8/31/00) by Shaun Thomas assigned to Chief Judge Michael J. Melloy Civil Case #: C 99-2039 DGE Modified on 08/16/2000 (Entered: 04/26/1999) |
| 04/26/1999 | 230 | MOTION for leave to file amended 2255 Motion by Shaun Thomas assigned to Chief Judge Michael J. Melloy DGE (Entered: 04/26/1999) |
| 06/08/1999 | 231 | ORDER by Chief Judge Michael J. Melloy as to defendant Shaun Thomas granting motion for leave to file [230-1]; Deft file supplemental mat'l in support of claims by 7/16/99; Court shall hold in abeyance any action on deft's 2255 petition until after 7/16/99. (cc: all counsel) DGE (Entered: 06/08/1999) |
| 07/08/1999 | 232 | CJA Form 20 (Attorney Payment Voucher) as to Shaun Thomas for attorney Lorraine Ingels in the amount of $ 1,204.48 VOUCHER#: 0905542 frmemp (Entered: 07/08/1999) |
| 07/12/1999 | 233 | EX PARTE MOTION to file under seal amended 28:2255 by Shaun Thomas assigned to Chief Judge Michael J. Melloy MJJ (Entered: 07/12/1999) |
| 07/12/1999 | 234 | SEALED AMENDED MOTION TO VACATE SENTENCE [230-1] by defendant Shaun Thomas (HOUSED SEPARATELY) MJJ (Entered: 07/12/1999) |
| 05/12/2000 | 235 | ORDER by Judge Michael J. Melloy as to defendant Shaun Thomas; U.S. Atty move or plead to deft's Motion to Vacate, Set Aside or Correct Sentence by 6/30/00; Deft reply by 7/21/00 (cc: all counsel) DGE (Entered: 05/12/2000) |
| 06/23/2000 | 236 | MOTION to extend time to reply to 2255 motion by USA as to Shaun Thomas assigned to Judge Michael J. Melloy DGE (Entered: 06/26/2000) |
| 06/23/2000 | 237 | ANSWER and MOTION to dismiss 2255 by plaintiff USA as to defendant Shaun Thomas assigned to Judge Michael J. Melloy DGE (Entered: 06/26/2000) |
| 07/07/2000 | 238 | ORDER by Judge Michael J. Melloy as to Defendant Shaun Thomas Granting Motion to Extend [236-1]; the government shall have until July 21, 2000, to file their response; the defendant shall file his reply, if he so chooses, no later than August 11, 2000 (cc: all counsel,USM,USP) DSR (Entered: 07/07/2000) |
| 07/21/2000 | 239 | RESPONSE by plaintiff USA RE: habeas corpus motion 28:2255 USA move or plead by 7/21/00; Deft reply 8/11/00) [230-1] by Shaun Thomas as to defendant Shaun Thomas DGE (Entered: 07/21/2000) |
| 08/14/2000 | 240 | MOTION to extend time for Pro Se Litigan to file Pleading by Shaun Thomas assigned to Judge Michael J. Melloy DGE (Entered: 08/14/2000) |

| 08/16/2000 | 241 | ORDER by Judge Michael J. Melloy as to defendant Shaun Thomas granting motion to extend [240-1]; Mr. Thomas shall have until 8/31/00 to file traverse (cc: USA,Shaun Thomoas) DGE (Entered: 08/16/2000) |
| 08/30/2000 | 242 | TRAVERSE by defendant Shaun Thomas RE: habeas corpus motion 28:2255 [230-1] DGE (Entered: 08/30/2000) |
| 09/25/2000 | 243 | Change of Address by defendant Shaun Thomas DGE (Entered: 09/25/2000) |
| 08/02/2001 | 244 | ORDER by Judge Michael J. Melloy as to defendant Shaun Thomas finding the motion to dismiss 2255 [237-1] moot, granting motion to file under seal amended 28:2255 [233-1], denying habeas corpus motion 28:2255 [230-1] (cc: all counsel) MAP (Entered: 08/02/2001) |
| 08/02/2001 | 245 | JUDGMENT as to Shaun Thomas regarding [230-1], regarding [233-1], regarding [244-1] JUDGMENT BOOK 22 ENTRY 8 (cc: all counsel) MAP (Entered: 08/02/2001) |
| 09/24/2001 | 246 | MOTION FOR CERTIFICATE OF APPEALABILITY by defendant Shaun Thomas RE: judgment [245-1] assigned to Judge Michael J. Melloy DLP (Entered: 09/24/2001) |
| 09/24/2001 | 247 | NOTICE OF APPEAL TO 8TH CIRCUIT by defendant Shaun Thomas RE: judgment [245-1] fees n/a (cc: all counsel (w/docket sheets),USM,USP,C/R) DLP (Entered: 09/24/2001) |
| 09/24/2001 | 248 | STATEMENT of Docketing by defendant Shaun Thomas regarding motion FOR CERTIFICATE OF APPEALABILITY [246-1], motion [246-2] DLP (Entered: 09/24/2001) |
| 09/24/2001 | 249 | CERTIFICATE OF FILING AND SERVICE by defendant Shaun Thomas, RE: motion FOR CERTIFICATE OF APPEALABILITY [246-1] DLP (Entered: 09/24/2001) |
| 09/24/2001 | 250 | DESIGNATION OF RECORD requested by Shaun Thomas RE: [247-1] DLP (Entered: 09/24/2001) |
| 09/27/2001 | 251 | ORDER by Judge Michael J. Melloy as to defendant Shaun Thomas denying motion FOR CERTIFICATE OF APPEALABILITY [246-1], denying motion [246-2] (cc: all counsel) DGE (Entered: 09/27/2001) |
| 09/27/2001 | | REMARK - Notice of Appeal and Cert. of Appealability, Orders of 8/2/01 and 9/27/01, Judgment of 8/2/01 mailed to 8th Circuit as to defendant Shaun Thomas DGE (Entered: 09/27/2001) |
| 09/27/2001 | | REMARK - 4 volumes original files mailed to 8th circuit w/Notice of Appeal Documents DGE (Entered: 09/27/2001) |
| 11/30/2001 | | REMARK Sealed Motion #234 for Shaun Thomas mailed to 8th Circuit 11/30/01 per Scott's request at 8th Circuit DLP (Entered: 11/30/2001) |
| 02/22/2002 | 252 | CERTIFIED COPY OF JUDGMENT FROM 8th CIRCUIT dismissing the appeal [247-1] DLP (Entered: 02/22/2002) |

| 02/22/2002 | | (Court only) ***Procedural Interval P6 start as to Defendant Shaun Thomas per docket #252 filed on 2/22/02. (ksy, ) (Entered: 03/10/2006) |
| 03/05/2002 | | APPEAL file (4 Vol.) and Sealed Motion #234 returned by 8th Circuit as to defendant Shaun Thomas DLP (Entered: 03/05/2002) |
| 12/08/2004 | 253 | Pro Se MOTION to Reduce Sentence by Defendant Shaun Thomas. (NEF mailed to Mr. Thomas) (de) Modified on 12/8/2004 - copy of motion e-mailed to Judge Melloy asking if he wants motion reassigned to LRR (de). (Entered: 12/08/2004) |
| 01/04/2005 | 254 | ORDER denying 253 Motion to Reduce Sentence as to Shaun Thomas (1). Signed by Judge Michael J Melloy on 1/3/05. (faxed to MJM,mailed to S.Thomas) (de) (Entered: 01/04/2005) |
| 01/18/2005 | 255 | Pro Se MOTION to Amend/Correct 207 Judgment (in light of Blakely vs. Washington) by Defendant Shaun Thomas. (copy faxed to MJM) (de) (Entered: 01/18/2005) |
| 01/21/2005 | 256 | ORDER denying 255 Motion to be Resentenced. Signed by Judge Michael J Melloy on 1/21/05. (Copy to Defendant Shaun Thomas) (mj) (Entered: 01/21/2005) |
| 01/27/2005 | | (Court only) ***Staff notes: Original Files (Volumes 1-4), w/Transcripts and Expandables received from Judge Melloy's Office this date. (Files returned to Basement File Room.) (mj) (Entered: 01/27/2005) |
| 02/11/2005 | 258 | MOTION to Reduce Sentence by Defendant Shaun Thomas. (ksy, ) (Entered: 06/22/2005) |
| 02/14/2005 | 257 | FILED IN ERROR -Notice of Appeal (Interlocutory)(2255) by Defendant Shaun Thomas re 254 Order on Motion to Reduce Sentence, 256 Order on Motion to Amend/Correct.File-stamped copy returned to Defendant. (ksy, ) Modified text on 3/9/2006 (ksy, ). (Entered: 02/14/2005) |
| 06/22/2005 | | DOCKET ANNOTATION: Docket Entry #257 was incorrectly filed as a Notice of Appeal, has been termed and correctly filed as a Motion to Reduce Sentence at Entry #258 as to Defendant Shaun Thomas. (ksy, ) (Entered: 06/22/2005) |
| 06/22/2005 | | (Court only) ***Documents terminated as to Defendant Shaun Thomas: 257 Notice of Appeal - Interlocutory/2255 filed by Shaun Thomas. This document was incorrectly filed a a Notice of Appeal but has been correctly filed at docket entry #258. (ksy, ) (Entered: 06/22/2005) |
| 08/02/2005 | 259 | RESISTANCE by United States of America as to Defendant Shaun Thomas re 258 MOTION to Reduce Sentence (Murphy, Richard) (Entered: 08/02/2005) |
| 08/24/2005 | 260 | BRIEF in Support by Defendant Shaun Thomas re 258 MOTION to Reduce Sentence. Copy returned to Defendant. (ksy, ) (Entered: 08/24/2005) |

| 09/26/2005 | 261 | ORDER denying 258 Motion to Reduce Sentence as to Shaun Thomas (1). Signed by Judge Michael J Melloy on 9/26/05. (copy mailed to deft w/nef) (de) (Entered: 09/26/2005) |
|------------|-----|---|
| 09/26/2005 | | Judge update in case as to Defendant Shaun Thomas, Steven Marshall, Charmane Powells. Judge John A Jarvey added. (de) (Entered: 09/27/2005) |
| 03/09/2006 | | (Court only) ***Clear APPEAL Flag as to Defendant Shaun Thomas. Notice of Appeal was filed in error at docket #257. No appeal pending for this defendant. (ksy, ) (Entered: 03/09/2006) |
| 02/21/2008 | 262 | ORDER as to Defendant Shaun Thomas RE: Reduction of sentence i/c/w Crack Cocaine Amendment. The Clerk of Court is directed to send a copy of this order to the USA, the defendant, the Bureau of Prisons and the Federal Public Defender. The Clerk of Court is also directed to forward to the defendant a CJA 23 financial affidavit form. *Parties see text of order for deadlines and further instructions.* ( Check Status for Deadlines due by 3/3/2008.) [NEF and Order to defendant (With CJA23) at CCM Chicago, Community Corrections Office, 200 W. Adams Street, RM 2915, Chicago, IL 60606, FPD, BOP, USA]. Signed by Judge Michael J Melloy on 2/21/2008. (bjb) (Entered: 02/21/2008) |
| 03/03/2008 | 263 | ORDER Regarding Final Decision on Reduction of Sentence i/c/w Crack Cocaine Amendment re: 258 MOTION to Reduce Sentence filed by Shaun Thomas. The Reduction of Sentence is granted, the Defendant's previously imposed 188 month term of imprisonment, as relected in the Judgment dated 07/03/1997 is reduced to time served. The Defendant's new term of imprisonment of time served applies to Count 1 of the Indictment. (See Order text.) The Defendant's duration and conditions of the Defendant's supervised release remain unchanged. The Clerk of Court is directed to send and fax a copy of this order to the Bureau of Prisons. The Bureau of Prisons is directed to release the Defendant, USM No. 07167-029, within 10 days of March 3, 2008. Signed by Judge Michael J Melloy on 03/03/2008. (Copy of Order and NEF to Defendant, copy of Order mailed and faxed to BOP at CCM- Chicago, 200 W. Adams Street RM 2915, Chicago, IL 60606.) (jm) (Entered: 03/03/2008) |
| 03/11/2008 | | Mail Returned as Undeliverable. Mail sent to Shaun Thomas which included 263 Order returned to Sender. (jm) (Entered: 03/11/2008) |
| 05/30/2008 | 264 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Defendant Shaun Thomas. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Correspondence) (de) Modified on 5/30/2008 - nef to pro se party, certified copies to USP (de). (Entered: 05/30/2008) |

AO 245C (Rev. 3/95) Sheet 1 - Amended Judgment in a Criminal Case                    (NOTE:  Identify Changes with Asterisks (*))

# United States District Court

## Northern District of Iowa

UNITED STATES OF AMERICA
v.

**Shaun Rinaldo Thomas**

**Date of Original Judgment:** 11/17/1995
(or Date of Last Amended Judgment)

**Reason for Amendment:**

☒ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:  **6:94CR02013-001**

**Lorraine K. Ingels**
Defendant's Attorney

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant to   ☐ 28 U.S.C. § 2255,
☐ 18 U.S.C. § 3559(c)(7), or   ☐ Modification of Restitution Order

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)  * 1 of the September 29, 1994, Superseding Indictment.
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. ' 841 (a)(1) | Possession With Intent to Distribute More Than 5 Grams of Crack Cocaine | 03/26/1994 | 1 |
| 21 U.S.C. ' 841 (b)(1)(B) | | | 1 |

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court
this ____ day of ___May___, 20__
Robert L. Phelps, Clerk
By _____

The defendant is sentenced as provided in pages 2 through  6  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/27/1997
**Date of Imposition of Judgment**

Signature of Judicial Officer

**Michael J. Melloy**

**Chief U.S. District Judge**
Name & Title of Judicial Officer

July 3, 1997
Date

FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA
JUL - 7 1997
Deputy

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 2 - Imprisonment    Filed 06/06/2008    Page 24 of 29    (NOTE: Identify Changes with Asterisks (*))

Judgment-Pag __2__ of __6__

DEFENDANT:        Shaun Rinaldo Thomas
CASE NUMBER:    6:94CR02013-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    *  **188**    month(s)         .

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

Copies mailed on    JUL 7 1997
to counsel of record or pro se
parties as shown on the docket
sheet.    USM, US?

Deputy Clerk

UNITED STATES MARSHAL

By _____

Deputy U.S. Mar

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet C Supervised Release  Filed 06/06/2008    Page 22 of 29 (Identify Changes with Asterisks (*))

Judgment-Pag __3__ of __6__

DEFENDANT:    Shaun Rinaldo Thomas
CASE NUMBER:    6:94CR02013-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____ **5** ___ year(s) __.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

For offenses committed on or after September 13, 1994:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Shee  3.01

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
3) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **Shaun Rinaldo Thomas**
 SE NUMBER: **6:94CR02013-001**

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing bodily fluids and functions and treatment for drug and alcohol abuse as directed by his probation officer until such time as he is released from the program by probation.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties    NOTE: Identify Changes with Asterisks (*)

Judgment Pag    4    of    6

DEFENDANT:    Shaun Rinaldo Thomas
CASE NUMBER:    6:94CR02013-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | * $    50.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . :    $ _____

### FINE

The above fine includes costs of incarceration and/or supervision in the amount of    $ _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

### RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| | Totals: | $ _____ | $ _____ |
|---|---|---|---|

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 6, Part B - Criminal Monetary Penalties    Filed 02/06/2008    Page 25 of 29    (NOTE: Identify Changes with Asterisks (*))

Judgment-Pag __5__ of __6__

DEFENDANT:        Shaun Rinaldo Thomas

CASE NUMBER:     6:94CR02013-001

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   ☒   in full immediately; or

B   ☐   $ _____ immediately, balance due (in accordance with C, D, or E); or

C   ☐   not later than _____ ; or

D   ☐   in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E   ☐   in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐   Joint and Several

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

FILED

04 SEP 29 PM 12: 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 94-2013 |
| | ) | |
| vs. | ) | |
| | ) | SUPERSEDING |
| SHAUN THOMAS, | ) | INDICTMENT |
| STEVEN MARSHALL and | ) | 21 U.S.C. § 841(a)(1) |
| CHARMANE POWELLS, | ) | 21 U.S.C. § 841(b)(1)(A)(iii) |
| | ) | 21 U.S.C. § 844(a) |
| Defendants. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 924(c) |

The Grand Jury charges:

### COUNT 1

On or about March 25 and 26, 1994, in the Northern District
of Iowa SHAUN THOMAS, STEVEN MARSHALL, and CHARMANE POWELLS, did
knowingly and intentionally:  possess; aid and abet the
possession; possess with the intent to distribute; and aid and
abet the possession with the intent to distribute; more than 5
grams of a mixture or substance containing cocaine base, that is
"crack cocaine", a Schedule II controlled substance.

This in violation of Title 21, United States Code,
Sections 841(a)(1), 841(b)(1)(A)(iii), 844(a), and Title 18,
United States Code, Section 2.

### COUNT 2

On or about March 25 and 26, 1994, in the Northern District
of Iowa, SHAUN THOMAS and STEVEN MARSHALL, did knowingly use and
carry a firearm and aid and abet the use and carrying of a
firearm, that is, a loaded 9 mm Jennings model Bryco 59 handgun,
bearing serial #604160, during and in relation to a felony drug

6-2

trafficking crime for which they may be prosecuted in a Court of the United States, that is, the charge contained in Count 1 of this Indictment.

This in violation of Title 18, United States Code, Sections 2 and 924(c).

A TRUE BILL

Date ___9/24/94___

STEPHEN J. RAPP
United States Attorney

RICHARD L. MURPHY
Assistant United States Attorney

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this ___30___ day of ___May___, 20___08___
Robert L. Phelps, Clerk

By _____
            Deputy

2

9-29-94



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS                    312-435-5698
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

REC'D MAY 3 0 2008

May 28, 2008

Mr. Robert L. Phelps II
Clerk
United States District Court                    COPY
313 Federal Building and
 United States Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Dear Clerk:

**Re:   Case number 94-2013  US v Shaun Rinaldo Thomas**
Our case number: 08 cr 420      - Northern District of Illinois, Judge Guzman

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding **Shaun Rinaldo Thomas** , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    Ellenore Duff
       Deputy Clerk

Enclosure

08CR 420

| PROB 22 (Rev. 2/88) | REC'D MAY 3 0 2008  JUDGE RONALD GUZMAN | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | TRANSFER OF JURISDICTION | | CR 94-2013-1 |
| | MAGISTRATE JUDGE COX | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Iowa | Eastern |
| | NAME OF SENTENCING JUDGE | |
| Shaun Rinaldo Thomas | The Honorable Michael J. Melloy, U.S. Circuit Ju... | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/03/2008 | TO 03/02/2013 |

| OFFENSE | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) - Possession With Intent to Distribute More Than 5 Grams of Crack Cocaine  and  18 U.S.C. §§ 924(c) & 2 - Using or Carrying a Firearm in Connection with a Felony Drug Trafficking Offense |
|---|---|

**FILED**

## PART 1 - ORDER TRANSFERRING JURISDICTION

J N
MAY 2 7 2008
5-27-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

**DOCKETED**
MAY 2 8 2008

5/6/08
Date

*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 2 2008
*Effective Date*

James F. Holderman
*United States District Judge*

A TRUE COPY  ATTEST
MICHAEL W. DOBBINS, CLERK
BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 5-28-08

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this 30 day of May, 2008
By
Robert L. Phelps, Clerk
Deputy